IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**REMOI CAMPBELL,**

    **Plaintiff,**

**v.**                                                       Case No. 1:24-cv-167-AW-HTC

**CORRECTIONAL OFFICER L. GAUDIN,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Remoi Campbell, a pro se prisoner, sued a Corrections Officer he says he wants to marry. The magistrate judge issued a report and recommendation concluding the court should dismiss for several reasons: the case is frivolous, Campbell is a three-striker who has not paid the filing fee or alleged imminent danger, and Campbell maliciously abused the judicial process by not truthfully disclosing his litigation history. ECF No. 5. Campbell filed a "Motion for Summary Judgment," which appears to take issue with the report and recommendation (or at least with the magistrate judge who issued it). ECF No. 6. I have considered the matter de novo, and I agree with the magistrate judge.

I now adopt the report and recommendation and incorporate it into his order. The clerk will enter a judgment that says, "This case is dismissed without prejudice as frivolous under 28 U.S.C. § 1915A(b)(1), because Plaintiff is a three-striker who

1

failed to allege imminent danger under 28 U.S.C. § 1915(g), and as malicious under 28 U.S.C. § 1915A(b)(1) for Plaintiff's malicious abuse of the judicial process by failing to truthfully disclose his litigation history."

The motion (ECF No. 6) is DENIED.

The clerk will close the file.

SO ORDERED on November 4, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge